UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a foreign limited liability company doing business as STAYBRIDGE SUITES BY HOLIDAY INN and STAYBRIDGE SUITES VANCOUVER-PORTLAND METRO; PML SERVICES, LLC, a foreign limited liability company doing business as HOLIDAY INN EXPRESS; and DOES 1-20,<br><br>Defendants. | NOTICE OF REMOVAL |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant PML Services, LLC ("PML"), by and through its counsel, hereby files this Notice of Removal seeking to remove this action from the Superior Court of the State of Washington, County of King, where it is now pending as Case No. 23-2-19649-0 SEA to the United States District Court for the Western District of Washington. Removal is based upon diversity jurisdiction pursuant to 28 U.S.C. § 1332. As grounds for removal of this action pursuant to 28 U.S.C. 1446(a), PML states as follows:

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

## I. STATE COURT ACTION

1. On October 17, 2023, Plaintiff Jacob Atkinson (“Plaintiff”) commenced a civil suit against InterContinental Hotels Group Resources, LLC (“IHG Resources”) and other captioned as *Atkinson v. InterContintental Hotels Group Resources, LLC et al*, Case No. 23-2-19649-0, Superior Court of the State of Washington, County of King (“State Court Action”), which asserts three causes of action for:

(1) Violation of RCW 49.58.110

(2) Injunctive Relief; and

(3) Declaratory Relief.

2. On March 11, 2024, Plaintiff filed an Amended Class Action Complaint that added Defendant PML Services, LLC as a defendant, and dismissed all prior defendants *except* IHG Resources.

3. A true and accurate copy of the operative complaint in the State Court Action is attached as Exhibit I.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all other process, pleadings, and orders filed in the State Court Action are attached as Exhibit A-G.

## II. TIMELINESS OF REMOVAL

5. PML was not named as a party in this action until March 11, 2024.

6. The Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as PML has filed this Notice of Removal within thirty days of March 11, 2024. *See* 28 U.S.C. § 1446(b)(2)(B) (“Each defendant shall have 30 days after receipt by or service on that defendant . . . to file the notice of removal.”).

## III. CONSENT

7. Defendant IHG Resources, by and through its undersigned counsel, consents to PML Services’ removal of this lawsuit.

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

## IV. REMOVAL JURISDICTION - DIVERSITY

8. This Court has jurisdiction over this action under 28 U.S.C. §§ 1332(a) and 1441(b), and all other applicable bases for removal, because (1) there is complete diversity of citizenship between Plaintiff, on one hand, and PML and IHG Resources, on the other hand; and (2) the amount-in-controversy exceeds $75,000, exclusive of interests and costs.

### A. The Parties Are Citizens of Different States

9. **Plaintiff's Citizenship.** Plaintiff alleges that he is a resident of Washington. Ex. I, ¶ 8 ("Plaintiff Jacob Atkinson is a resident of King County, Washington). However, based on what he represented on the application he submitted to PML Services, LLC, Plaintiff is likely a citizen of California. (Declaration of Manuud, ¶ 5)

10. **PML's Citizenship.** PML Services, LLC's sole member is InterContinental Hotels Group Resources, LLC. InterContinental Hotels Group Resources, LLC's sole member is Six Continents Hotels, Inc. Six Continents Hotels, Inc. is a corporation organized under the laws of Delaware with its principal place of business in Atlanta, Georgia.(Declaration of Tidwell, ¶ 4.)

11. **IHG Resources' Citizenship**. InterContinental Hotels Group Resources, LLC's sole member is Six Continents Hotels, Inc. Six Continents Hotels, Inc. is a corporation organized under the laws of Delaware with its principal place of business in Atlanta, Georgia. (*Id.*)

### B. The Amount in Controversy Exceeds $75,000

12. In order to establish diversity jurisdiction, the amount in controversy must exceed $75,000. 28 U.S.C. § 1332(a).

13. Plaintiff has placed at least $5,000.00 in controversy by seeking statutory damages under R.C.W. § 49.58.070. *Complaint*, Request for Relief at 2. Additionally, Plaintiff has placed more than $70,000.00 in attorneys' fees in controversy by seeking attorneys' fees through final judgment under RCW § 49.58.070. *Complaint*, Request for Relief at 3.

14. Plaintiff claims he is entitled to attorneys' fees. *Complaint*. Attorneys' fees are properly considered in calculating the amount in controversy for purposes of removal on grounds

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

of diversity jurisdiction. *See Chavez v. JPMorgan Chase & Co.*, 888 F.3d 413, 416 (9th Cir. 2018), citing *Gonzales v. CarMax Auto Superstores, LLC*, 840 F.3d 644, 648-49 (9th Cir. 2016); *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998) (claims for statutory attorneys' fees to be included in amount in controversy, regardless of whether such an award is discretionary or mandatory); *Fritsch v. Swift Transp. Co. of Ariz., LLC*, 899 F.3d 785, 794 (9th Cir. 2018). The removing party may estimate "the amount of time that the case will require" and "plaintiff's counsel's hourly billing rate." *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prod. Liab. Litig.*, 2019 WL 957578, at *7-8 (N.D. Cal. Feb. 27, 2019).

15. Here, by virtue of his request for attorneys' fees pursuant to RCW § 49.58.070. (Ex. I, Request for Relief 2-3), and based on data from Plaintiff's counsel public filings from similar class action litigation, Plaintiff's counsel is more likely than not to seek greater than $75,000 in attorney's fees.

16. In *Adkins v. J.B. Hunt Co.*, 293 F. Supp. 1140, 1148 (E.D. Cal. 2018), the court held that "100 hours is an appropriate and conservative estimate of the number of hours expended through trial for an employment action." *See also Sasso v. Noble Utah Long Beach, LLC*, 2015 WL 899468, at *6 (C.D. Cal. March 3, 2015) (same).

17. Publicly available documents demonstrate that Plaintiff's lead counsel (i.e. the attorney who signed the complaint) bills his time at a rate of $725 per hour. See *Atkinson v. adidas America Inc.*, Case No. 2:23-cv-01666-BJR, Doc. 5, Ex. E at 6 (W.D. Wash). That document is a sworn declaration from Timothy W. Emery that he filed in support of Plaintiff's motion for attorneys' fees, costs, and service awards in a King County Superior Court matter called *Garcia v. Washington State Department of Licensing*, No. 22-2-05635-SEA (King County Sup. Ct.). Mr. Emery reported that in connection with his pre-summary judgment settlement in that matter, he himself billed 113.4 hours. Collectively, all attorneys and paralegals on that case billed a total of 668.2 hours, even though again, that case did not even make it to the summary judgment stage.

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

That same declaration indicated that other attorneys in Mr. Emery's office also bill at $725 per hour. Thus, it is reasonable to assume that Plaintiff is seeking at least $72,500 in attorneys' fees.

18. In sum, the amount in controversy on Plaintiff's individual claim exceeds $75,000.00 when his request for statutory damages and attorneys' fees is considered.

## V. VENUE

19. PML is informed and believes that some of the events allegedly giving rise to this action occurred within this judicial district in Pierce County. Venue lies in this Court because Plaintiff's action was filed in the Superior Court of the State of Washington, County of King, and is pending in this district. Accordingly, PML is entitled to remove this action to the U.S. District Court for the Western District of Washington as it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## VI. NOTICE TO STATE COURT

20. Concurrently with this Notice of Removal, PML will file a copy of this Notice of Removal with the Superior Court of the State of Washington, County of King.

## VII. PRESERVATION OF DENIALS AND DEFENSES

21. By filing this Notice of Removal, PML does not waive any jurisdictional or other defenses that might be available to it. In addition, PML expressly reserves the right to move for dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. PML reserves the right to amend this notice of removal to offer additional grounds for removal should the grounds presented herein be found to be insufficient.

WHEREFORE, PML files this Notice of Removal and removes the civil action to the United States District Court for the Western District of Washington.

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

Respectfully submitted this 22nd day of March 2024.

SEYFARTH SHAW LLP

By: *s/ Andrew R. Escobar*

Andrew R. Escobar, WSBA No. 42793
Helen M. McFarland, WSBA No. 51012
999 Third Avenue, Suite 4700
Seattle, Washington 98104
Phone: (206) 946-4910
aescobar@seyfarth.com
hmcfarland@seyfarth.com

*Attorneys for Defendants PML Services, LLC and InterContinental Hotels Group Resources, LLC*

NOTICE OF REMOVAL - 6

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

**CERTIFICATE OF SERVICE**

I hereby declare I caused a copy of ***Defendant's Notice of Removal*** to be electronically filed with the Court using the King County E-Filing system, and transmitted a true and correct copy of this document by email to the following:

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

***Via Electronic Mail***

DATED March 22, 2024

*/s/George Barrington*
George Barrington, Legal Assistant
999 Third Avenue, Suite 4700
Seattle, Washington 98104
(206) 946-4910 | Phone
gbarrington@seyfarth.com

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910