UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00398-LK<br><br>ORDER OF DISMISSAL |

　　　This matter comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice. Dkt. No. 22. Pursuant to the parties' stipulation, this case is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　Dated this 13th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1